Fourth Circuit. December 1, 1924.) No. 2203. In Error to the District Court of the United States for the District of Maryland, at Baltimore. Judgment of District Court affirmed. 1 F.(2d) 888.

PER CURIAM. Order allowing writ of error from Supreme Court filed.

---

1

UNITED STATES ex rel. Mike WEISMAN, Appellant, v. Earl BROWN, as Sheriff, etc., et al. (Circuit Court of Appeals, Eighth Circuit. December 10, 1924.) No. 6638. Appeal from the District Court of the United States for the District of Minnesota. Frank W. Booth, of Minneapolis, Minn., for appellant. Floyd B. Olson and William C. Larson, both of Minneapolis, Minn., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellees, under rule 24.

---

2

UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and J. H. Winchester & Co., Plaintiffs in Error (Defendants Below), v. Ewald LATCHING, Defendant in Error (Plaintiff Below). (Circuit Court of Appeals, Second Circuit. February 20, 1925.) No. 253. In Error to the District Court of the United States for the Southern District of New York. Writ of error to judgment on the verdict of a jury entered in the District Court for the Southern District of New York. William Hayward, U. S. Atty., of New York City (J. Ralph Hilton, of New York City, of counsel), for plaintiff in error U. S. Shipping Board Emergency Fleet Corporation. Nathan A. Smyth, of New York City, for plaintiff in error J. H. Winchester Co. Edgar J. Treacy, of New York City, for defendant in error. Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. A majority of this court are of opinion that this judgment should be affirmed, with costs; and it is so ordered.

---

3

Thomas VENTOLA et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 16, 1925.) No. 6991. In Error to the District Court of the United States for the Western District of Missouri. Joseph McCoy, of Kansas City, Mo., for plaintiff in error. H. L. Donnelly, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

4

Milos VOJNOVIC, Appellant, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 24, 1925.) No. 6944. Appeal from the District Court of the United States for the Eastern District of Missouri. Willis H. Clark, of St. Louis, Mo., for appellant. Carroll W. Harlan, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.

---

5

Sol WELLS, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 15, 1924.) No. 6898. In Error to the District Court of the United States for the Western District of Oklahoma. H. C. Hargis, of Pawhuska, Okl., for plaintiff in error. J. A. Ingraham, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

6

Kenneth C. WEST, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appels, Eighth Circuit. March 20, 1925.) No. 7003. In Error to the District Court of the United States for the Southern District of Iowa. S. B. Allen, of Des Moines, Iowa, for plaintiff in error. Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

---

7

R. H. YOUNG, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 6, 1925.) No. 6684. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., and James A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

---

8

Willard YOUNG, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 6, 1925.) No. 6686. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., and James A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

---

END OF CASES IN VOL. 5 F.(2d)

*